**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Brian TOOTLE, Petitioner**

**No. 520 EAL 2016**

Supreme Court of Pennsylvania.

June 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of June, 2017, the Petition for Allowance of Appeal is DENIED.